Writ refused. There appears no error of law in its judgment.

161 So.2d 276

### Jack H. SCARDINA

v.

### Seth W. WARD d/b/a Seth W. Ward Construction Company et al.

No. 47143.

March 11, 1964.

In re: Jack H. Scardina applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 159 So.2d 565.

Writ denied. No error of law under the facts found by the Court of Appeal.

161 So.2d 277

### Woodrow STANSBURY

v.

### ATLANTIC & GULF STEVEDORES, INC.

No. 47160.

March 11, 1964.

In re: Atlantic & Gulf Stevedores, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 159 So.2d 728.

Writ refused. There appears no error of law in the judgment complained of, in view of the facts found by the Court of Appeal.

161 So.2d 277

### Irma E. FOSTER

v.

### DEPARTMENT OF PUBLIC WELFARE of the State of Louisiana.

No. 47151.

March 11, 1964.

In re: Mrs. Irma E. Foster applying for certiorari, or writ of review, to the Court of Appeal, First Circuit. 159 So.2d 515.

Writ refused. The result is correct.